TRINA A. HIGGINS, United States Attorney (#7349)
CAROL A. DAIN, Assistant United States Attorney (#10065)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED US District Court-UT
JUN 08 '22 PM02:00

SEALED

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE LUIS RODRIGUEZ,<br><br>Defendant. | INDICTMENT<br><br>VIOLATION:<br><br>Count I: 18 U.S.C. § 751(a), Escape. |

Case: 2:22-cr-00206
Assigned To : Sam, David
Assign. Date : 6/7/2022

The Grand Jury Charges:

**COUNT I**
18 U.S.C. § 751(a)
(Escape)

On or about January 12, 2022, in the District of Utah,

JOSE LUIS RODRIGUEZ,

defendant herein, did knowingly escape from the custody of the Attorney General and his authorized representative, which custody was by virtue of a conviction in the United States District Court for the District of Utah for the offenses of Distribution of Heroin and Carrying a Firearm During and in Relation to a Drug Trafficking Crime, violations

of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 924(c); all in violation of 18 U.S.C. § 751(a).

A TRUE BILL:

/s/

FOREPERSON OF GRAND JURY

TRINA A. HIGGINS
United States Attorney

CAROL A. DAIN
Assistant United States Attorney